BART M. BOTTA, State Bar No. 167051
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911

Attorneys for Plaintiffs
SOUTHERN SPECIALTIES, INC. and
MARTINES FRUITS & VEGETABLES, LLC

*E-FILED - 10/4/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SOUTHERN SPECIALTIES, INC., a Florida Corporation; MARTINES FRUITS & VEGETABLES, LLC, a limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SINGLE BROOK FARMS, INC., a California Corporation; SINGLE BROOK FARMS, LLC, a limited liability company; CHRISTOPHER J. FREITAS, an individual; JACQUELINE FREITAS, an individual,<br><br>Defendants. | CASE NO. 07-CV-01503-RMW (PVT)<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL OF DEFENDANTS AND CASE IN ITS ENTIRETY WITH PREJUDICE; [] ORDER THEREON**<br><br>**[F.R.C.P. 41(a)]** |

////

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

07-138/ Request for Dismissal                    1

1

2      Plaintiffs SOUTHERN SPECIALTIES, INC. and MARTINES FRUITS &

3   VEGETABLES, LLC (hereinafter referred to as "Plaintiffs"), by the undersigned

4
    attorney, hereby requests that the above-captioned case be dismissed, in its
5

6   entirety, with prejudice pursuant to paragraphs 23 of the Stipulation and Order and

7   the first paragraph of the Court's Order, which were filed with this Court on April

8
    12, 2007, since payment of all sums due under the Stipulation and Order have been
9

10  properly made by Defendants.  A true and correct courtesy copy of the April 12,

11  2007 Stipulation and Order is attached hereto as Exhibit 1.

12

13

14  DATED:  October 2, 2007                    RYNN & JANOWSKY, LLP

15

16

17                                  By:    _____/s_____
                                           BART M. BOTTA, Attorneys for
18                                         Plaintiffs

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

1

## **ORDER**

2

3          Having read the above Request for Dismissal with Prejudice pursuant to the

4   April 12, 2007 Stipulation and Order, and good cause appearing therefor,

5          IT IS HEREBY ORDERED that all defendants and this entire case be and

6   hereby is dismissed in its entirety with prejudice.

7

8   SO ORDERED.

9

10

11  DATED:__10/4/07_____          _Ronald M. Whyte_____
                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953